STATE OF NEW JERSEY v. JUAN APONTE.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD CASTOIRE.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY BROWN.

March 14, 1988.

Petition for certification denied.

MICHELLE SAVINO CARON v. BOARD OF EDUCATION OF MIDLAND PARK, BERGEN COUNTY.

March 14, 1988.

Petition for certification denied.